IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLAGSTAR FINANCIAL & LEASING, LLC f/k/a Signature Financial, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-01918 |
| v. | ) ) | Honorable LaShonda A. Hunt |
| BNG CARGO INC., an Illinois corporation, and TIMUR NIZOMOV, an individual, | ) ) ) ) | Hon. Young B. Kim, Magistrate |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SET HEARING DATE FOR
PRESENTATION OF AGREED JUDGMENT**

Plaintiff, Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC ("Flagstar"), respectfully moves this Honorable Court to set a hearing date for the presentation and entry of an Agreed Judgment against Defendants BNG Cargo Inc. ("BNG Cargo") and Timur Nizomov ("Nizomov") (collectively, "Defendants"). In support of its motion, Flagstar states as follows:

1. On December 29, 2025, Flagstar filed a motion for entry of default. ECF No. 49.

2. Thereafter, Defendants re-engaged Flagstar in settlement discussions. A settlement agreement had been previously prepared and forwarded to Defendants in October 2025 based on agreed terms, though Defendants refused to sign it. After reaching settlement (again), Defendants refused to provide signatures on the relevant settlement documents (again).

3. On or about January 13, 2026, Defendants finally provided signed settlement documents. Defendants also made initial payments under the settlement agreement in January, both of which were late.

4. Pursuant to the settlement agreement, Defendants were to pay the sum of $8,048.86 on February 15, 2026 and the 15th of each month until the debt is retired. Flagstar has not received the February payment; voicemails and emails to Defendants' counsel have gone unreturned.

5. Under the settlement agreement, upon default, a signed Agreed Judgment may be entered against Defendants after a five-day Grace Period:

> In the event that [Defendants] fail to timely make any payments and the passage of five (5) business days thereafter (the "Grace Period")…Flagstar…may…present the Agreed Judgment [attached as Exhibit 1] to the Court for entry….

6. Payment was due February 15 but not made. Defendants have to and including February 20 to cure their default.

7. In light of the above, Flagstar respectfully requests this Court set a hearing date for presentation of the Agreed Judgment, attached hereto as Exhibit A. Defendants have consistently failed to honor their obligations and it is anticipated that conduct will continue.

WHEREFORE, Plaintiff Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC, respectfully requests the Court set a hearing date during the last week of February for the presentation and entry of the Agreed Judgment attached hereto, and for such other and further relief this Court deems just and appropriate.

Date: February 17, 2026

Respectfully submitted,

FLAGSTAR FINANCIAL & LEASING,
LLC f/k/a SIGNATURE FINANCIAL, LLC

By: /s/ Patrick G. Cooke
    One of its Attorneys

Patrick G. Cooke (ARDC # 6229059)
Jacob E. Habeeb (ARDC # 6337672)
Swanson, Martin & Bell, LLP
330 North Wabash Ave., Suite 3300
Chicago IL 60611
pcooke@smbtrials.com
jhabeeb@smbtrials.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 17, 2026**, I electronically filed Plaintiffs' Motion for Entry of Judgment using the CM/ECF system, which will automatically send copies to any attorney of record in the case. Our office also mailed Plaintiffs' Motion for Entry of Judgment to Defendants via Certified Mail.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                                                                /s/ *Jacob E. Habeeb*